Sec. 1(16) and Sec. 1(17) are new. Though each has a separate focus, the intent is to limit the frequency with which unsuccessful applicants may reapply for character and fitness evaluation. In addition, proposed Sec. 1(16) targets a problem that arises when applicants voluntarily withdraw applications and then resubmit them at a time when adverse witnesses or evidence are no longer available.

Sec. 1(18) is new.

Sec. 1(20) would impose a new fee to be paid by all applicants for admission. At current application levels, the additional fee would cover approximately 80 percent of the State Bar's character and fitness investigation costs. Applicants would pay $175 in combined application and character and fitness investigation fees.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.

*Leave to Appeal From Attorney Discipline Board Denied February 10, 1987:*

GRIEVANCE ADMINISTRATOR v KALIL, No. 79943. GRIFFIN, J., would grant leave to appeal.

Reconsideration denied April 28, 1987.

*Rehearings Denied February 10, 1987:*

BURK v WARREN, KUCERA v NORTON, and ROUTLEY v DAULT, Nos. 74867, 75299, 75811. Reported at 427 Mich 32. ARCHER, J., would grant rehearing.

PEOPLE v HENRY JOHNSON, No. 75775. Reported at 427 Mich 98.

RENNY v PORT HURON HOSPITAL, No. 74884. Reported at 427 Mich 415. RILEY, C.J., would grant rehearing.

PEOPLE v CATANIA, Nos. 76742, 76743. Reported at 427 Mich 447.

EYDE BROTHERS DEVELOPMENT COMPANY v EATON COUNTY DRAIN COMMISSIONER, Nos. 77250, 77377. Reported at 427 Mich 271.

SUMNER v THE GOODYEAR TIRE & RUBBER COMPANY, No. 74523. Reported at 427 Mich 505.